AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| MORGAN GONZALEZ | CASE NUMBER: 08cr2095-WQH |

I, <u>MORGAN GONZALEZ</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____6/24/08____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Morgan Gonzalez_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER